UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

          Plaintiff,

          v.

**LESHAUN HODGES,**

          Defendant.
-------------------------------------------------------X

ORDER OF REFERRAL TO
MAGISTRATE/JUDGE FOR
PLEA

CR: 05-00527
WEXLER, Judge

Wexler, Judge.

        The Government and the Defendant LESHAUN HODGES, having asked for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge LINDSAY to administer the allocution pursuant to F.R. Crim., P, Rule ll, and make a finding as to whether the plea is knowingly and voluntarily made and to make a recommendation as to whether the plea of guilty should be accepted.

        The Magistrate Judge shall use the allocution form that this Court utilizes in taking a guilty plea. The use of it will facilitate my review of the transcript of the plea before sentencing.

        SO ORDERED.

Dated: Central Islip, New York
       July 21, 2005

                            LEONARD D. WEXLER
                            United States District Judge

        Voluntarily consented to after full consultation by defendant with counsel. Defendant will suffer no prejudice by not consenting. If there is no consent, the district judge assigned rather than the magistrate judge will act.

Defendant: _____

Atty for Deft: _____

US ATTORNEY: _____

SO ORDERED: _____

Dated: Central Islip, New York

                            **ARLENE R. LINDSA₁**
                         **United States Magistrate/Judr**